■ In the Matter of FRANK LOTT, Petitioner, v. CHARLES MARKS, a Justice of the New York State Supreme Court, Respondent.—This application for a writ of mandamus to compel Honorable Charles Marks, a Justice of the New York Supreme Court, to render a decision on petitioner's *coram nobis* application is denied as moot. It appears that Justice Marks rendered the decision sought on March 20, 1969. Concur — Tilzer, J. P., McGivern, Markewich, Nunez and McNally, JJ.